# Glow Lounge Beauty
### 473 McBride Avenue ~ Paterson, New Jersey ~ 07501
### Telephone 973.689.7655

---

October 3, 2015

The Honorable Court
United States District Court
Southern District of New York
New York, New York

Janeris Marte
Glow Lounge
473 McBride Avenue
Paterson, New Jersey 07501

To The Honorable Court:

I am Janeris Marte, the owner of Glow Lounge beauty Salon in Paterson, New Jersey. I have known Oral Watson for several years.

Oral has been performing a range of general maintenance services for my salon. At the salon, some of the things that he does include disposing trash, replacing lights that are out, cleaning drains, fixing leaky pipes and broken tiles. Oral also makes sure the salon looks good by helping us to mount wall fixtures and touch up paint when needed.

In general, he allows the stylists to focus on our clientele while he makes sure the inside and outside of the salon looks good and works well. Whenever there is a problem, I can call Oral and depend on him to find a solution for it. His service is a big part of us offering great service to our clients.

Respectfully yours,

*[signature]*

Janeris Marte

Richard Jacob
217 Paterson Avenue
Wallington, New Jersey 07057

October 3, 2015

To The Honorable Court:

We have been working with Oral Watson here at Wallington Auto for two years. During the winter months, Oral provides snow shoveling and removal services that keeps the work and services areas clear and safe. His service has been invaluable, especially during the heavy snowfall that we experienced the past few winters.

Since Oral works independently, he is always a phone call away when we have general repairs that need to be done. For any repairs that fall outside his scope, he normally gives a cost estimate, finds an expert to take care of it and oversees the work.

Oral is a hard worker and professional. With the winter months approaching, I will surely continue to need his services.

Respectfully,

Richard Jacob
973-777-7438



October 5, 2015

The Honorable Court:

I am Catalina Bautista of A & C Auto.

I am writing this letter to verify the work that Oral Watson does for me. Over the past 4 years, Oral has been providing some of the upkeep and maintenance required at A & C Auto. His primary responsibility to maintain the driveways and walkways to make sure the outside of the business is both safe and presentable. Depending on the time of year, we rely on him to remove leaves, branches, snow and any other debris that enter the premises. Oral also works on other repairs that may be needed.

Oral has always been good, honest and fair with us. He is quick to solve problems and if needed finds the right people to help with the job. None is too small or too big for him. I highly refer him to other business and homeowners.

Sincerely,

Catalina Bautista
A & C Auto
1 Belmont Avenue
Garfield, NJ 07026
(973) 772-1195

October 20, 2015

Most Honorable Judge,

I am writing this letter to provide character reference on behalf of Oral Watson – Oral is a great father who is committed to raising his son to be an upstanding figure within the community. It would be a true tragedy to keep him separated from being involved in the development of his young son Omari.

While I was in college, Mr. Watson reached out to me on behalf of his 9 year old son (who was 7 at the time) in attempts to inspire his son to do well in school and give him a tour of the University of Southern California. As a member of a prestigious Greek letter organization that has maintained a long standing history of commitment to the student body and scholarship on the campus of USC, Mr. Watson thought of the members of my chapter as great role models for his son. Even at such an early phase in Omari's life, I was impressed that Oral placed such a high value in preparing him for the future.

While on the tour, Oral stressed the importance of education and the value of making an impression on his fellow peers within the community to his son. What I came to realize from their various father/son interactions on the tour is that Oral is the foundation to their family and takes pride in being there for his son. I knew in that moment, that today Oral was walking by his son through a tour BUT years later down the line, Oral would also be there walking his son through his college tour as an incoming freshman.

Omari needs his father, and I have no doubt that Oral would do whatever it takes to be there to support his son. Please allow this letter to speak favorably for the sake of Mr. Watson and his family. Allow Mr. Watson a speedy release so that he may continue to be an upstanding figure in the community, and most importantly develop and guide is his son Omari during this impressionable time in his life.

With Humble Regards,

Ronald Williams Jr.

# BAKA YAAD INTERNATIONAL MINISTRY

Pastor Enid Wallace
(310) 334-9885
WWW.PASTORENIDWALLACE.ORG

The Honorable United States District Court
Southern District of New York
New York, New York

October 6, 2015

Re: Oral W. Watson

To The Honorable Judge:

My name is Pastor Enid Wallace. I have the honor of knowing Mr. Watson for several years and I have known him to be a compassionate, respectable young man who walks in integrity.

I have been a Pastor for many years and a church member who highly respects Mr. Watson introduced him to me. It is an honor to know this young man and an honor to teach him the Words of God. In the years that I have known him, he has been coming to me for Godly counseling. He is a God fearing man full of integrity, so I have no doubt to believe that he is doing what is right. As he goes before you, as the judge, I trust that he will respect the God in you to tell the truth in the matter.

Thank you for reading this letter and I pray that it will help in your judgment of Mr. Watson. May God be the judge and may you judge him as God would.

Respectfully yours,

*Pastor Enid Wallace*

Pastor Enid Wallace, M.A.
*Psalm 23*

Prayer Line
(712) 432-8399
Code: 853 853#
Monday — Sunday 5am-6am & 9pm-10pm

*"Reaching individuals around the world one yard at a time"*

October 3, 2015

To Whom It May Concern,

It is with great respect and pleasure that I compose this personal letter of recommendation for Mr. Oral Watson.

Mr. Watson has been extremely proficient, detailed and honest in maintaining two of my former properties located in West Orange, New Jersey for approximately 13 years. The work included selecting all materials and designs for remodeling of two kitchens, marble-tiling and installation of wood flooring of various areas of two homes.

Mr. Watson also maintained and provided year-round lawn care treatment, planting new trees and flowers enhancing the property for re-sale value. Mr. Watson is a creative and resourceful individual that respects all his clients. He works relentlessly to ensure satisfied customers and build valuable lasting client relationships. I can state without uncertainty or reservation that Mr. Watson's, ethics are superior to many other contractors I have solicited or worked with as a home owner.

The professionalism, qualities and personal character of Mr. Watson, are interchangeable as a business professional and highly respected friend.

Respectfully,

*Michael Allen*

Michael G. Allen

Esron Lewis
456 East 31st Street
Paterson, NJ 07504

October 7, 2015

To The Honorable Court:

Oral Watson was referred to me in December 2014 when I needed assistance with snow removal. Oral is very responsible and hard working. He kept my property maintained to my standards. He would go above and beyond whenever the occasion arose. He even assisted with removing cars that were buried in snow. I consider him an asset to society. Thank you for your time.

Sincerely,

Esron Lewis

Pamela Campbell
341 East 36 Street
Paterson, NJ 07504


October 5, 2015


To The Honorable Court:

Oral Watson was referred to me in February 2014 when I needed assistance with shoveling snow and salting my property. Oral was very reasonable and kind. He kept my sidewalks and walkways clear and safe. He also helped other people in the neighborhood and sometimes people who needed help getting their cars out from under the snow. I've worked with Oral since then for small renovation projects or repairs that I need around the property. He is flexible and I can call him when I need him. I will continue to refer Oral to others who need assistance with caring for their properties.


Respectfully Yours,



Pamela Campbell